## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARYL A. ROYSTER,**
      **Plaintiff,**

**vs.**                           **Case No. 3:07cv101/RS/MD**

**ECAT, et al.,**
      **Defendants.**

_____

### <u>REPORT AND RECOMMENDATION</u>

This cause is before the court upon referral from the clerk.  Plaintiff initiated this action through the filing of a civil rights complaint on March 5, 2007.  Plaintiff did not file an application to proceed *in forma pauperis*, or submit the filing fee, and was given thirty (30) days to do so (doc. 3).  Plaintiff responded by filing a timely motion but it was found to be deficient because of incomplete information (doc. 4) and plaintiff was given an additional thirty (30) days to correct this deficiency (doc. 5).  After receiving no response from plaintiff, on May 1, 2007, an order to show cause issued giving plaintiff ten (10) days to show cause why the case should not be dismissed (doc. 6).  However, there has still been no response from plaintiff to date.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 31st day of May, 2007.


/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**